# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 9, 2010

141074

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway
Alton Thomas Davis,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                          SC: 141074
                                          COA: 296516
                                          Berrien CC: 2009-001073-FC

BRYAN MATTHEW NOONAN,
      Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the March 24, 2010 order of the Court of Appeals is considered, and it is DENIED. In its order of May 11, 2010, the Court of Appeals granted reconsideration of its earlier decision, and ordered resentencing with respect to the defendant's claims that there was error in scoring the sentencing guidelines, so the arguments involving guidelines scoring presented in the defendant's application for leave to appeal in this Court are moot. We are not persuaded that the remaining questions should be reviewed by this Court.

      DAVIS, J., not participating. I recuse myself and am not participating because I was on the Court of Appeals panel in this case. See MCR 2.003(B).



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 9, 2010 _____    _____
                                                 Clerk

p0830